UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES SCHINGLER, | : | 3:13-CV-01388 |
| | : | |
| Plaintiff | : | (Judge Munley) |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant | : | |

**CASE MANAGEMENT ORDER**
January 23, 2014

**IT IS ORDERED** that the following case management deadlines will govern this case:

**1. COUNSEL AND PRO SE LITIGANTS ARE RESPONSIBLE FOR READING THIS ENTIRE ORDER.**

**2. Schedule**. The following deadlines, described in greater detail throughout this order, have been established for this case and may not be modified by the parties.  Motions to modify or extend the deadlines established here shall be made before expiration of the time limit has passed. **All requests for extensions of the discovery deadline must be made at least 30 days prior to the expiration of the discovery period.**  Motions will be granted only on a showing of good cause.

| | |
|---|---|
| Close of Discovery: | **July 22, 2014** |
| Discovery-Related Motions Due: | **August 5, 2014** |
| Dispositive Motions and Supporting Briefs Due: | **September 22, 2014** |
| Consent to Proceed Before U.S. Magistrate Judge: | **September 22, 2014** |
| Motions in Limine Due: | **To Be Determined By Trial Judge** |
| Pretrial Memoranda Due: | **To Be Determined By Trial Judge** |
| Proposed Jury Charge, Proposed Voir Dire Questions, Objections to Proposed Jury Charge, and Trial Brief Due: | **To Be Determined By Trial Judge** |

**3. Discovery Deadlines**.   All discovery shall be planned and commenced so as to be completed by **July 22, 2014.**

**4. Discovery Limitations.** In the absence of mutual consent to exceed these limits or a court order, the maximum number of interrogatories per side shall be twenty-five (25); the maximum number of document production requests per side

2

shall be twenty-five (25); and the maximum number of requests for admissions per side shall be twenty-five (25).

     **5. Discovery-Related Motions.** Any discovery-related motion shall be filed on or before **August 5, 2014**.

     **6. Dispositive Motions.** Dispositive motions may be filed at any time but all dispositive motions must be filed, as well as the supporting briefs, on or before **Setpember 22, 2014.**

     **7. Consent**. The parties may consent to have a magistrate judge conduct all proceedings. On or before **September 22, 2014**, the parties, if there is consent of all, shall file a consent form, signed by all counsel, consenting to proceed under 28 U.S.C. § 636 before a magistrate judge.

     Any requests to alter this schedule must be made by written motion.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge

3