# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES SCHINGLER, | : | No. 3:13cv1388 |
| Plaintiff | : | |
| v. | : | (Judge Munley) |
| | : | |
| UNITED STATES OF AMERICA, | : | (Magistrate Judge Schwab) |
| Defendant | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 13th day of March 2014, it is **HEREBY ORDERED** as follows:

1. The Government's objections to the Report and Recommendation (Doc. 31) are **SUSTAINED in part and OVERRULED in part** and the Government's motion to dismiss (Doc. 17) is **GRANTED in part and DENIED in part**;

2. The Government's objections are sustained to the extent that Magistrate Judge Schwab's Report and Recommendation (Doc. 31) is not adopted regarding count one, negligent cell placement.  Count one is **DISMISSED** with prejudice;

3. The Government's objections are **OVERRULED** to the extent that Magistrate Judge Schwab's Report and Recommendation (Doc. 31) is **ADOPTED** regarding count two, negligent search for the razor blade and count three, negligent failure to intervene.

4.  This case is **REMANDED** to Magistrate Judge Schwab for further proceedings pertaining to counts two and three.

5.  Plaintiff's motion seeking an extension of time to respond to the government's objections (Doc. 39) is **DENIED**.

                                              **BY THE COURT:**

                                              **s/ James M. Munley**
                                              **JUDGE JAMES M. MUNLEY**
                                              **United States District Court**