# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES SCHINGLER, | : | No. 3:13cv1388 |
| Plaintiff | : | |
| v. | : | (Judge Munley) |
| | : | |
| UNITED STATES OF AMERICA, | : | (Magistrate Judge Schwab) |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 21st day of May 2014, plaintiff's motion to alter or amend a judgment (Doc. 43) is hereby **DENIED**.

**BY THE COURT:**


s/ James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**